IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:19-MJ-661-BH |
| JEFFREY JACOBY JORDAN | |

## MOTION FOR DETENTION PENDING TRIAL

The United States moves for detention of defendant, Jeffrey Jacoby Jordan, pursuant to FRCP 32.1(a)(6) and 18 U.S.C. § 3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____ Crime of violence (18 U.S.C. §3156);

    _____ Maximum sentence life imprisonment or death

    _____ 10 + year drug offense

    _____  Felony, with two prior convictions in above categories

    __x__ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

    _____ Felony involving a minor victim

    __x__  Felony involving a firearm, destructive device, or any other dangerous weapon

    _____ Felony involving a failure to register (18 U.S.C. § 2250)

    _____ Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u>  The Court should detain the defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

**Motion for Detention - Page 1**

     X   Safety of any other person and the community

  3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

    x   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

      Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

      Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

      Previous conviction for "eligible" offense committed while on pretrial bond

      Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

  Pursuant to Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3142(a)(1), the government opposes any motion by the defendant for release pending revocation hearing. The defendant cannot show by clear and convincing evidence that he is not a flight risk or a danger to the community. See Fed. R. Crim. P. 32.1(a)(6). The government asserts that there is no condition or combination of conditions that would reasonably assure the defendant's presence at the revocation hearing. 18 U.S.C. § 3142(a)(1). For these reasons, the government asks that the defendant be detained pending his revocation hearing in this case.

  4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing, after a continuance of 3 days.

**Motion for Detention - Page 2**

DATED this   6th   day of August, 2019.

                                 Respectfully Submitted:

                                 ERIN NEALY COX
                                 UNITED STATES ATTORNEY

                                 /s/ *L. Rachael Jones*
                                 L. RACHAEL JONES
                                 Assistant United States Attorney
                                 Texas Bar No.  24032481
                                 1100 Commerce Street, Third Floor
                                 Dallas, Texas  75242-1699
                                 Telephone:  214-659-8600
                                 Facsimile:  214-659-8614
                                 Email: rachael.jones@usdoj.gov


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the defendant in accordance with the Federal Rules of Criminal Procedure on this 6th day of August, 2019 through the electronic case filing system.

                                 /s/ *L. Rachael Jones*
                                 L. RACHAEL JONES
                                 Assistant United States Attorney